Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

**No. 54849.**—Markland Landau Co. *v.* United States, protest 151248–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of ostrich skins the same in all material respects as those the subject of Abstract 54236, the claim for free entry under paragraph 1765 was sustained.

**No. 54850.**—Overseas Commerce Corp. et al. *v.* United States, protests 147623–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 54851.**—A. S. Beck Shoe Corp. et al. *v.* United States, protests 151866–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 54852.**—J. A. Hunter Hardwood Corp. *v.* United States, protest 160352–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed dagame lumber similar in all material respects to that the subject of *John A. Hunter Hardwood Corp.* v. *United States* (21 Cust. Ct. 139, C. D. 1143), the claim of the plaintiff was sustained.

**No. 54853.**—C. J. Tower & Sons *v.* United States, protest 144607–K (Buffalo).